UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGAR CAMACHO TORRES,<br><br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CRIMINAL ACTION NO.<br>1:08-CR-0457-3-CAP<br><br>CIVIL ACTION NO.<br>1:12-CV-1504-CAP |

**O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 273] and the movant's objections thereto [Doc. No. 275]. The movant raises two objections to the R&R: (1) the finding of waiver was incorrect, and (2) it is inconsistent with the movant's allegations, arguments, and evidence presented.

With respect to the magistrate judge's conclusion that the movant waived his right of collateral attack, the magistrate judge additionally found that that the claims raised on collateral attack had no merit. Based on this alternative ruling, the objection to the finding of waiver is irrelevant.

The second objection, that the R&R is inconsistent with his own positions, is nothing more than a generalized objection to the R&R as a whole and an attempt to reiterate (by reference) all arguments he previously raised in support of his § 2255 motion. As an objection, this is insufficient to be addressed by this court. *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) ("Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court.") Moreover, the court agrees with the reasoning and conclusions of the magistrate judge.

Accordingly, the court ADOPTS the R&R as the order and opinion of this court.

SO ORDERED, this 6th day of February, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge